# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL NO. 3:03-cv-00515-W

| | | |
|---|---|---|
| CITIBANK, N.A., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KRIS ELLER RUCKMAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Plaintiff's Motion for Summary Judgment. Pursuant to the oral ruling entered on September 26, 2006, in open court, Plaintiff's Motion for Summary Judgment is hereby GRANTED.

IT IS SO ORDERED.

Signed: September 28, 2006

Frank D. Whitney
United States District Judge