IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 3:03-cv-00515-W

| | |
|---|---|
| CITIBANK, N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| KRIS ELLER RUCKMAN, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court, *sua sponte*, regarding the submission of Plaintiff's Affidavit in support of its Motion for Attorneys' Fees and the submission of Defendant's Response. The Court orders that Plaintiff's Affidavit must be submitted to the Court no later than Friday, October 13, 2006, and Defendant's Response to Plaintiff's Affidavit must be submitted to the Court no later than Friday, October 20, 2006.

IT IS SO ORDERED.

Signed: October 4, 2006

Frank D. Whitney
United States District Judge